■ In the Matter of CITY OF NEW YORK (Lincoln Square Slum Clearance Project). 167 WEST 60th ST., INC., et al.— Motion granted insofar as to extend the appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before October 19, 1960, with reply briefs, if any, to be served and filed on or before October 24, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of MAX EISENBERG against CAULDWELL-WINGATE CO. et al. and HARRY H. LIPSIG, Appellant.— Motion denied, without prejudice to a renewal of the motion upon the argument or submission of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS BRYANT.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and, Stevens, JJ.

■ PATRICIA B. KITSON, an Infant, by Her Guardian ad Litem, JAMES P. KITSON, et al., v. CRESCENSO FOOD CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.